THOMPSON-STARRETT COMPANY, INC., Respondent, *v.* CONCRETE STEEL COMPANY, Appellant.

*Per Curiam.* The complaint alleges defendant's breach of a contract by failure to deliver to plaintiff such steel bars as would be required in the erection of a designated building, and by failure to render certain services in installing the same. It contains an allegation which given its broadest intendment may be construed to allege that there was an agreed price for each bar depending on size, which was to include the service rendered in installing the same. It then alleges that plaintiff, because of the failure to deliver, was compelled to meet certain specific increased expenditures in completing the building. We think that this complaint sets forth a cause of action, even though the sizes and prices of the bars are not specified. This information may be supplied by way of a bill of particulars. Nor would it invalidate the complaint, if it be assumed that the proper measure of damages is not alleged (*Winter* v. *American Aniline Products,* 236 N. Y. 199; *Colrick* v. *Swinburne,* 105 N. Y. 503).

The order appealed from should be affirmed, with $20 costs and disbursements.

Dore, J. P., Cohn, Callahan, Van Voorhis and Breitel, JJ., concur.

Order unanimously affirmed, with $20 costs and disbursements to the respondent.

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. SOCRATES ARGYROS, Appellant.— Judgment unanimously affirmed. No opinion. Present — Peck, P. J., Callahan, Van Voorhis and Breitel, JJ.

In the Matter of RECTOR, CHURCH WARDENS AND VESTRYMEN OF TRINITY CHURCH IN THE CITY OF NEW YORK, Respondent. A. A. WIENER & SONS, INC., Appellant.— Order affirmed. No opinion. Present — Cohn, J. P., Callahan, Van Voorhis and Breitel, JJ.; Cohn, J. P., dissents and votes to modify by eliminating decretal paragraphs marked (b) and (c) and as so modified, affirmed.

EMMA SALAMON, Individually and as Executrix of JOSEPH T. SALAMON, Deceased, Appellant-Respondent, v. KONINKLIJKE LUCHTVAART MAATSCHAPPIJ, N. V. (ROYAL DUTCH AIR LINES), Respondent-Appellant.— Order unanimously affirmed as to the first, second, third, fourth and fifth causes of action, with leave to serve an amended complaint as to the fifth cause of action within ten days after service of a copy of the order, with notice of entry thereof. We do not pass upon whether the fifth cause of action, even if in contract, abates by reason of section 130 of the Decedent Estate Law. Settle order on notice. Present — Cohn, J. P., Callahan, Van Voorhis and Breitel, JJ. [See 282 App. Div. 683.]

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. JAMES MIELE and CARLO MENDOLA, Appellants.— Judgments unanimously affirmed. No opinion. Present — Peck, P. J., Cohn, Callahan and Breitel, JJ.